1  McGREGOR W. SCOTT
   United States Attorney
2  GARY M. LEUIS
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-po-00162-SAB |
   |---|---|
12 | Plaintiff, | [Citation #6044983 CA/74] |
13 | v. | MOTION AND ORDER FOR DISMISSAL |
14 | JEFFREY MOORE | |
15 | Defendant. | |

16

17

18        The United States of America, by and through McGregor W. Scott, United States Attorney, and

19 Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No.

20 1:18-po-00162-SAB [Citation #6044983 CA/74] against JEFFREY MOORE without prejudice in the

21 interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED: September 18, 2018                    Respectfully submitted,

23                                              McGREGOR W. SCOTT
                                                United States Attorney
24
                                         By:    /s/ Gary M. Leuis
25                                              GARY M. LEUIS
                                                Special Assistant United States Attorney
26

27

28
                                                1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00162-SAB [Citation #6044983 CA/74] against JEFFREY MOORE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 18, 2018**

UNITED STATES MAGISTRATE JUDGE